# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                               **RE:   HAGLER, WOODROW**
                                    **Docket Number:  1:05CR000432**
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCE**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from April 24, 2006 to May 8, 2006 at 9:00a.m.

**REASON FOR CONTINUANCE:**

A two week continuance is requested to allow all parties sufficient time to review and submit any objections to the presentence report in a timely fashion. Unforseen delays during the presentence investigation phase prevented the report from being released pursuant to the original date of March 20, 2006.

                                          Respectfully Submitted,

                                          /S/ KATERINA M. HOLLAND
                                          **KATERINA M. HOLLAND**
                                          United States Probation Officer

Dated:    April 7, 2006
              Fresno, California
              KMH:

Reviewed by:    /S/ JAMES E. HERBERT
                       **JAMES E. HERBERT**
                       Supervising United States Probation Officer

✖  **Approved**

____  **Disapproved**

IT IS SO ORDERED.

**Dated:   April 11, 2006**                      /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE