PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00432-01 AWI** |
| ) | |
| **WOODROW HAGLER** ) | |
| ) | |

On May 8, 2006, the above-named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**

Dated:      June 28, 2007
            Bakersfield, California


**REVIEWED BY:**     /s/ Rick C. Louviere
            **RICK C. LOUVIERE**
            **Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:     Woodrow HAGLER**
**        Docket Number:   1:05CR00432-01 AWI**
**        ORDER TERMINATING PROBATION**
**        <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    July 20, 2007**                           /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE